[No. 15422-6-II.   Division Two.   January 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MARIA GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00154-2, Don L. McCulloch, J., entered October 17, 1991. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 28213-1-I.   Division One.   January 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ARMSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04052-2, Anthony P. Wartnik, J., entered April 9, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28035-0-I.   Division One.   January 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CARL RICHSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03501-4, Frank L. Sullivan, J., entered March 1, 1991. *Reversed in part* and *remanded with instructions* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.